# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION

In re:

160 Royal Palm, LLC,                         Case No.: 18-19441-EPK

      Debtor.                               Chapter 11

_____/

160 Royal Palm, LLC,

                                    Adversary Proceeding
                                      No.:

      Plaintiff,

vs.

SOUTH ATLANTIC REGIONAL CENTER,
LLC, a Florida limited liability company;
UNITED STATES REGIONAL ECONOMIC
AUTHORITY, LLC, a Florida limited liability
company; UNITED STATES REGIONAL
ECONOMIC AUTHORITY, INC., a Florida
limited liability Company, PALM HOUSE
HOTEL, LLP, a Florida limited liability
Company; JJW CONSULTANCY, LTD., a
foreign company; and CONNECT INSURANCE
GROUP, INC., a Florida Company,

      Defendants.

_____/

## COMPLAINT TO AVOID AND RECOVER FRAUDULENT TRANSFERS

160 Royal Palm, LLC ("160 Royal Palm" or the "Debtor"), a Florida limited

liability company, sues Defendants, South Atlantic Regional Center, LLC ("SARC"),

a Florida limited liability company; United States Regional Economic Development

Authority, LLC ("USREDA, LLC"), a Florida limited liability company, United States Regional Economic Development Authority, Inc. ("USREDA, Inc."), a Florida corporation, Palm House Hotel, LLLP ("PHH"), a Florida limited liability company; JJW Consultancy, Ltd. ("JJW"), a foreign company, and Connect Insurance Group, Inc. ("CIG"), a Florida corporation, (collectively "Defendants"), and alleges as follows:

## JURISDICTION AND VENUE

1.     This adversary proceeding is brought pursuant to 11 U.S.C. § 541 and Federal Rule of Bankruptcy Procedure 7001.

2.     This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (H) and (O).

3.     This Court has subject matter jurisdiction under 28 U.S.C. § 1334(b).

4.     Venue is proper before this Court pursuant to 28 U.S.C. § 1409(a) as Debtor's primary Chapter 11 bankruptcy case is pending in this District.

## PARTIES

5.     160 Royal Palm is a Florida limited liability company doing business in Palm Beach County, Florida.

6.     South Atlantic Regional Center, LLC ("SARC") is a Florida limited liability company doing business in Palm Beach County, Florida.

7.     United States Regional Economic Development Authority, LLC ("USREDA, LLC"), is a Florida limited liability company doing business in Palm Beach County, Florida.

8.     United States Regional Economic Development Authority, Inc. ("USREDA, Inc."), is a Florida limited liability company doing business in Palm Beach County, Florida.

9.     Palm House Hotel, LLLP ("PHH"), is a Florida limited liability partnership doing business in Palm Beach County, Florida.

10.     JJW Consultancy, Ltd. ("JJW"), is a foreign corporation organized under the laws of Hong Kong and doing business in Palm Beach County, Florida.

11.     Connect Insurance Group, Inc. ("CIG"), is a Florida corporation doing business in Palm Beach County, Florida.

## GENERAL ALLEGATIONS

12.     On or about August 2, 2018 (the "Petition Date"), the Debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code (the "Petition"), which is currently pending the West Palm Beach Division of the United States Bankruptcy Court, Southern District of Florida, Case No. 18-19441-EPK (the Bankruptcy Case").

13.     Prior to the filing of the Bankruptcy Case, the Debtor was the owner of a hotel construction project located in the Town of Palm Beach.  The hotel is locally known as the Palm House Hotel.  The hotel has been in a state of redevelopment for many years.

14.     The Palm House Hotel has a tortured history. During its reconstruction, ownership of the hotel property has transferred more than once and no owner was able to complete the project.

15.     Robert Matthews ("Matthews") was the person most recently in control of the Debtor.

16.     Matthews, along with others including Joseph Walsh, Sr. ("Walsh"), used the hotel project to solicit investments from foreign nationals under the EB-5 program, enticing over $49 million in investments from dozens of foreign investors based on the promise of eased acquisition of green cards.

17.     Matthews used the Debtor as a vehicle to commit a massive fraud upon these investors.

18.     Walsh used the Defendants as vehicles to raise funds for Matthews. Each of the Defendants were either owned or controlled by Walsh.

19.     Matthews and Walsh concealed from creditors that millions of dollars that were raised from investors for the development of the hotel project were instead being used for the personal benefit of Matthews, Walsh and their families.

20.     Upon information and belief, Walsh has fled to Hong Kong and has no intention of returning to the United States.

21.     Matthews was indicted by the U.S. Attorney's Office for his role in the EB-5 Scheme. Matthews ultimately pled guilty to several felony counts arising from the criminal activity alleged in the indictment. At his plea hearing, Matthews testified that he "arranged with others to use and divert portions of the EB-5 funds for my personal benefit beyond what I was entitled to in the PPM. This included using EB-5 funds to obtain real and personal property which was put under the

control of myself and others rather than under the control of the hotel and its entities." Matthews' Plea Hearing Transcript at pg. 37.

22.    Upon information and belief, the "others" Matthews was referring to above include Walsh and the Defendants herein.

23.    Records show that in the six-year period prior to the Debtor's bankruptcy filing, SARC raised over $100,000,000 from investors for various projects, including but not limited, the Debtor's hotel project.  *See* Summary of Deposits and Payments from SARC attached hereto as **EXHIBIT A**.

24.    Of the approximate $100 million, $34,190,940.71 was transferred to Defendant, PHH for the benefit of the Debtor.  The $34,190,940.71 were funds belonging to the Debtor.  *See* Exhibit A.

25.    Of the approximate $100 million, $9,627,755.00 was transferred to Defendant, USREDA, LLC for the benefit of the Debtor.  The $9,627,755.00 were funds belonging to the Debtor.  *See* Exhibit A.

26.    Of the approximate $100 million, $5,759,000.00 was transferred to Defendant, USREDA, Inc. for the benefit of the Debtor.  The $5,759,000.00 were funds belonging to the Debtor.  *See* Exhibit A.

27.    A total of $49,577,695.71 in Debtor funds were improperly transferred to defendants, PHH, USREDA, LLC and USREDA, Inc.

28.    Of the $9,627,755.00 improperly transferred to Defendant, USREDA, LLC, $3,209,340.00 was subsequently transferred to Defendant, JJW.  *See* Summary of Deposits and Payments from USREDA, LLC attached hereto as **EXHIBIT B**.

29.    Of the $9,627,755.00 improperly transferred to Defendant, USREDA, LLC, $3,907,869.94 was subsequently transferred to Defendant, CIG.  *See* Exhibit B.

30.    Many of the "badges of fraud" articulated in Fla. Stat. § 726.105 were present at the time of the transfers referenced herein:  (a) the Transfers were made for the benefit of Matthews, an insider of the Debtor; (b) the Transfers were concealed from the EB-5 investors, the SEC, and many other creditors of the Debtor; (c) the transfers were made at a time when the EB-5 investors had been and were being defrauded; (d) the Debtor received no economic value or benefit in exchange for these transfers; and (e) the Debtor was insolvent at the time of these transfers.

31.    On October 20, 2018, the U.S. Securities and Exchange Commission (the "SEC") filed unsecured claim number 71 in the Debtor's Bankruptcy Case.

32.    On July 25, 2019, the SEC filed an amended claim (Claim No. 71-2) in the Debtor's bankruptcy case, asserting an unsecured claim for $34,416,341.04.

33.    The SEC's claim has been allowed in the Debtor's Bankruptcy Case.

34.    The SEC's claim is based on a disgorgement lawsuit filed on August 2, 2018 by the SEC in the United States District Court for the Southern District of Florida styled *Securities and Exchange Commission v. Palm House Hotel LLLP, South Atlantic Regional Center, LLC, Joseph J. Walsh, Sr., and Robert V. Matthews (Defendants); 160 Royal Palm LLC, and United States Regional Economic Development Authority LLC D/B/A EB5 Petition (Relief Defendants)*, which bears Case No. 9:18-cv-81038.

35.     By virtue of: (a) such disgorgement lawsuit; and (b) the fact that EB-5 investor funds were transferred to the Debtor as early as August 30, 2013, *see In re 160 Royal Palm, LLC,* Case No. 18-19441-EPK, 2019 WL 989829, at *8 (Bankr. S.D. Fla. Feb. 26, 2019), the SEC is an allowed unsecured creditor of the Debtor and was and allowed unsecured creditor of the Debtor as early as August 2013.

36.     All conditions precedent necessary to bring this action have occurred, have been satisfied, or have been waived.

### COUNT I – CLAIM AGAINST DEFENDANTS TO SET ASIDE FRAUDULENT TRANSFER UNDER THE FLORIDA UNIFORM FRAUDULENT TRANSFER ACT (11 U.S.C. § 544(b), Florida Statutes § 726.105(1)(a), 28 U.S.C. §§ 2415(a) & 2416)

37.     The Debtor re-alleges and incorporates Paragraphs 1 through 36 above as if fully set forth herein.

38.     This is an action to avoid fraudulent transfers pursuant to 11 U.S.C. §544(b), Fla. Stat. § 726.105(1)(a), 28 U.S.C. § 2415(a), and 28 U.S.C. § 2416.

39.     Within six years preceding the Petition Date, the Defendants transferred $49,577,695.71 of the Debtor's funds to or for the benefit of the Defendants as more fully set forth above.

40.     Defendants were the initial transferees and/or immediate or mediate transferees of the fraudulently transferred funds or were the entities for whose benefit the transfers were made.

41.     The transfers were made with the actual intent to hinder, delay, or defraud the Debtor's creditors, including the SEC.

42.    The SEC was a creditor of the Debtor at the time of the transfers and on the Petition Date.

43.    Pursuant to 11 U.S.C. §544(b) and Fla. Stat. § 726.108(1)(a), the Debtor is empowered to avoid the transfers stated herein.

**WHEREFORE**, the Debtor demands entry of judgment in its favor avoiding the transfers to the Defendants as set forth in this Complaint, together with such other and further relief as the Court deems just and proper.

### COUNT II – CLAIM AGAINST DEFENDANTS TO SET ASIDE FRAUDULENT TRANSFER UNDER THE FLORIDA UNIFORM FRAUDULENT TRANSFER ACT <u>(11 U.S.C. § 544(b), Florida Statutes § 726.105(1)(b), 28 U.S.C. §§ 2415(a) & 2416)</u>

44.    The Debtor re-alleges and incorporates Paragraphs 1 through 36 above as if fully set forth herein.

45.    Within six years preceding the Petition Date, the Defendants transferred $49,577,695.71 of the Debtor's funds to or for the benefit of the Defendants as more fully set forth above.

46.    Defendants were the initial transferees and/or immediate or mediate transferees of the fraudulently transferred funds or were the entities for whose benefit the transfers were made.

47.    The Debtor received less than reasonably equivalent and/or no value in exchange for the transfers.

48.    At the time of the transfers, the Debtor (i) was engaged or was about to engage in a business or a transaction for which its remaining assets were

unreasonably small in relation to the business or transaction; or (ii) intended to incur, or believed or reasonably believed that it would incur, debts beyond its ability to pay as they became due.

49.     Pursuant to 11 U.S.C. §544(b) and Fla. Stat. § 726.108(1)(a), the Debtor is empowered to avoid the transfers stated herein.

**WHEREFORE**, the Debtor demands entry of judgment in its favor avoiding the transfers to the Defendants as set forth in this Complaint, together with such other and further relief as the Court deems just and proper.

### COUNT III – CLAIM AGAINST DEFENDANTS TO SET ASIDE FRAUDULENT TRANSFERS UNDER THE FLORIDA UNIFORM FRAUDULENT TRANSFER ACT (11 U.S.C. § 544(b), FLORIDA STATUTES §726.106(1), 28 U.S.C. §§ 2415(a) & 2416)

50.     The Debtor re-alleges and incorporates Paragraphs 1 through 36 above as if fully set forth herein.

51.     Within six years preceding the Petition Date, the Defendants transferred $49,577,695.71 of the Debtor's funds to or for the benefit of the Defendants as more fully set forth above.

52.     The SEC was a creditor of the Debtor at the time the transfers were made to the Defendants, and on the Petition Date.

53.     The Defendants were the initial transferees and/or immediate or mediate transferees of the fraudulently transferred funds or were the entities for whose benefit the transfers were made.

54. The Debtor received less than reasonably equivalent and/or no value in exchange for the transfers.

55. At the time of the transfers, the Debtor was insolvent, or became insolvent as a result of such transfers, or alternatively, the Debtor intended to incur, or believed it would incur, debts that would be beyond its ability to pay as such debts matured.

56. Pursuant to 11 U.S.C. §544(b) and Fla. Stat. § 726.108(1)(a), the Debtor is empowered to avoid the transfers stated herein.

**WHEREFORE**, the Debtor demands entry of judgment in its favor avoiding the transfers to the Defendants as set forth in this Complaint, together with such other and further relief as the Court deems just and proper.

### COUNT IV – CLAIM AGAINST DEFENDANTS TO RECOVER AVOIDED TRANSFERS
### (11 U.S.C. § 550(a), 28 U.S.C. §§ 2415(a) & 2416)

57. The Debtor re-alleges and incorporates Paragraphs 1 through 36 above as if fully set forth herein.

58. This is an action to recover fraudulent transfers pursuant to 11 U.S.C. § 550(a).

59. The Defendants were the initial transferees and/or immediate or mediate transferees of the fraudulently transferred funds or were the entities for whose benefit the transfers were made.

60. To the extent that this Court avoids the transfers pursuant to Counts I, II, and III, the Debtor is entitled to recover the value of said transfers, plus interest, from the Defendants pursuant to 11 U.S.C. § 550(a).

**WHEREFORE**, the Debtor demands entry of judgment in its favor against the Defendants in the amount of $49,577,695.71, plus interest and costs, together with such other and further relief as the Court deems just and proper.

## <u>COUNT V – CIVIL CONSPIRACY AS TO ALL DEFENDANTS</u>

61. The Debtor re-alleges and incorporates Paragraphs 1 through 36 above as if fully set forth herein.

62. Each of the Defendants are the recipients of funds that were fraudulently transferred to them.

63. The Defendants, Matthews, and Walsh were parties to a conspiracy.

64. There was an agreement between the Defendants, Matthews, and Walsh to do an unlawful act or to do a lawful act by unlawful means, there were overt acts in furtherance of the conspiracy, and the Debtor was damaged as a result of acts done under the conspiracy.

65. As described above, the basis of the conspiracy is a fraud, theft and/or fraudulent transfer of millions of dollars of the Debtor's funds.

66. The Defendants, Matthews, and Walsh entered into a conspiracy and acted in concert to divert, steal and/or fraudulently transfer the Debtor's funds and use such funds for the personal benefit of Matthews and Walsh.

67.     The Defendants, Matthews, and Walsh acted with the full knowledge and awareness that the funds they had diverted were being transferred with the intent to defraud creditors of the Debtor.

68.     The Defendants, Matthews, and Walsh acted with the full knowledge and awareness that the Debtor received no economic benefit from the funds they had diverted.

69.     The Defendants, Matthews, and Walsh acted contrary to law, acted according to a predetermined and commonly understood plan of action for the purpose of obtaining the Debtor's funds, and took overt acts in furtherance of the conspiracy.

70.     There was a meeting of the minds between and among the Defendants, Matthews, and Walsh to commit the unlawful acts alleged herein.

71.     The Debtor has suffered damage as a result of the conspiracy.

[Remainder of Page Intentionally Left Blank]

**WHEREFORE**, the Debtor demands entry of judgment in its favor and against the Defendants in the amount of $49,577,695.71, plus interest and costs, together with such other and further relief as the Court deems just and proper.

Dated: October 7, 2019.

Respectfully Submitted,

**SHRAIBERG, LANDAU & PAGE, P.A.**
Attorneys for 160 Royal Palm, LLC
2385 NW Executive Center Drive, Suite 300
Boca Raton, FL 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
Email: plandau@slp.law
Email: ependergraft@slp.law

By:    /s/ Philip J. Landau
       Philip J. Landau, Esq.
       Florida Bar No. 504017
       Eric Pendergraft
       Fla. Bar No. 91927

# EXHIBIT A

| In re: 160 Royal Palm, LLC - Debtor | | | |
|---|---|---|---|
| Case No.: 18-19441-EPK | | | |
| | | | |
| South Atlantic Regional Center LLC | | | |
| Summary of Deposits and Payments for PNC Bank accounts ending x8469 and x7626 | | | |
| For the Period of August 2, 2012 through March 31, 2017 | | | |
| | | | |
| *(Sorted by (Payments) During 6 Year Period)* | | | |
| | | | |
| | | 6 Year Period | |
| **Payor / (Payee)** | **Deposits During 6 Year Period** | **(Payments) During 6 Year Period** | **Net Amount During 6 Year Period** |
| Palm House Hotel LLLP (Acct x8336) | $ - | $ (34,190,940.71) | $ (34,190,940.71) |
| | | | ) |
| USREDA LLC (Acct x5593) | 801,364.38 | (9,627,755.00) | (8,826,390.62) |
| | - | | ) |
| | 170,000.00 | | ) |
| | - | | ) |
| USREDA Inc. (Acct x8485) | 865,015.00 | (5,759,000.00) | (4,893,985.00) |
| | - | | ) |
| | - | | ) |

| In re: 160 Royal Palm, LLC - Debtor |
|---|
| Case No.: 18-19441-EPK |

South Atlantic Regional Center LLC
Summary of Deposits and Payments for PNC Bank accounts ending x8469 and x7626
For the Period of August 2, 2012 through March 31, 2017

*(Sorted by (Payments) During 6 Year Period)*

| Payor / (Payee) | Deposits During 6 Year Period | (Payments) During 6 Year Period | Net Amount During 6 Year Period |
|---|---|---|---|
| | | | |

| In re: 160 Royal Palm, LLC - Debtor | | | |
|---|---|---|---|
| Case No.: 18-19441-EPK | | | |
| | | | |
| South Atlantic Regional Center LLC | | | |
| Summary of Deposits and Payments for PNC Bank accounts ending x8469 and x7626 | | | |
| For the Period of August 2, 2012 through March 31, 2017 | | | |
| | | | |
| *(Sorted by (Payments) During 6 Year Period)* | | | |
| | | | |
| | | **6 Year Period** | |
| **Payor / (Payee)** | **Deposits During 6 Year Period** | **(Payments) During 6 Year Period** | **Net Amount During 6 Year Period** |
| | | | |
| ▨▨▨▨▨▨▨▨ | ▨▨▨▨▨▨ | ▊ | ▨▨▨▨▨▨ |
| ▨▨▨▨▨▨▨▨▨▨ | ▨▨▨▨▨ | ▊ | ▨▨▨▨▨ |
| Qiu Yinghui | 561,577.00 | - | 561,577.00 |
| Feng Nan | 545,057.00 | - | 545,057.00 |
| Feng Yuanxiao | 545,057.00 | - | 545,057.00 |
| Lam TSZ Cheung AND Lam Chui Yan | 545,010.00 | - | 545,010.00 |
| Dharampal Singh | 545,000.00 | - | 545,000.00 |
| Ng Chuen Ping | 545,000.00 | - | 545,000.00 |
| Sun Xiutian | 501,503.00 | - | 501,503.00 |
| Henrique Brandao | 501,500.00 | - | 501,500.00 |
| Cui Min | 500,100.00 | - | 500,100.00 |
| Kang Yajun | 500,100.00 | - | 500,100.00 |
| Li Dongsheng | 500,100.00 | - | 500,100.00 |
| Li Ruji | 500,100.00 | - | 500,100.00 |
| Shi Sha | 500,100.00 | - | 500,100.00 |
| Wang Shuangyun | 500,100.00 | - | 500,100.00 |
| Xing Cheng | 500,100.00 | - | 500,100.00 |
| Yuanbo Wang | 500,100.00 | - | 500,100.00 |
| Zhang Wen Hao | 500,100.00 | - | 500,100.00 |
| Zhu Dongsheng | 500,100.00 | - | 500,100.00 |
| Fei Ying | 500,085.00 | - | 500,085.00 |
| Jiang Shu | 500,085.00 | - | 500,085.00 |
| Li Chaohui | 500,085.00 | - | 500,085.00 |
| Wei Rujing | 500,085.00 | - | 500,085.00 |
| Zhou Juewei | 500,085.00 | - | 500,085.00 |
| Li Min | 500,078.00 | - | 500,078.00 |
| Xiang Chunhua | 500,075.00 | - | 500,075.00 |
| Huang Shaoping | 500,050.00 | - | 500,050.00 |
| Li Cuilian | 500,050.00 | - | 500,050.00 |
| Qiong Deng | 500,050.00 | - | 500,050.00 |
| Weng Daqin | 500,050.00 | - | 500,050.00 |
| Yang Yingjun | 500,050.00 | - | 500,050.00 |
| Zeng Shaoqing | 500,050.00 | - | 500,050.00 |
| Zhang Xiaoping | 500,050.00 | - | 500,050.00 |
| Zhu Qiongfang | 500,050.00 | - | 500,050.00 |
| Ye Chunning | 500,041.41 | - | 500,041.41 |
| Chen Yan | 500,035.00 | - | 500,035.00 |
| Glenwood Manager, LLC | 500,035.00 | - | 500,035.00 |
| Gu Chengyu | 500,035.00 | - | 500,035.00 |
| Kuang Yaoping | 500,035.00 | - | 500,035.00 |
| Li Ling | 500,035.00 | - | 500,035.00 |
| Yu Qing Yun | 500,035.00 | - | 500,035.00 |
| Zhang Lili | 500,035.00 | - | 500,035.00 |
| Digital Convergence Ltd. | 500,025.00 | - | 500,025.00 |

| In re: 160 Royal Palm, LLC - Debtor | | | |
|---|---|---|---|
| Case No.: 18-19441-EPK | | | |
| | | | |
| South Atlantic Regional Center LLC | | | |
| Summary of Deposits and Payments for PNC Bank accounts ending x8469 and x7626 | | | |
| For the Period of August 2, 2012 through March 31, 2017 | | | |
| | | | |
| *(Sorted by (Payments) During 6 Year Period)* | | | |
| | | | |
| | | 6 Year Period | |
| **Payor / (Payee)** | **Deposits During 6 Year Period** | **(Payments) During 6 Year Period** | **Net Amount During 6 Year Period** |
| | | | |
| Gan Zhiling | 500,025.00 | - | 500,025.00 |
| Liu Baoping | 500,025.00 | - | 500,025.00 |
| Zhu Bei | 500,025.00 | - | 500,025.00 |
| Feng Liyan | 500,024.00 | - | 500,024.00 |
| Liu Changyue | 500,024.00 | - | 500,024.00 |
| Lou Hao | 500,024.00 | - | 500,024.00 |
| OFAC HOLDOVER ACCOUNT (Acct x1056) | 500,020.00 | - | 500,020.00 |
| Yi Zhao | 500,020.00 | - | 500,020.00 |
| Li Yawen | 500,015.00 | - | 500,015.00 |
| Li Yingjie | 500,015.00 | - | 500,015.00 |
| Sun Xiao | 500,015.00 | - | 500,015.00 |
| Wang Jian | 500,015.00 | - | 500,015.00 |
| Yang Liu | 500,015.00 | - | 500,015.00 |
| Yu Zheng | 500,015.00 | - | 500,015.00 |
| Zhou You | 500,015.00 | - | 500,015.00 |
| Kuang Jing | 500,008.00 | - | 500,008.00 |
| Chen Ran | 500,000.00 | - | 500,000.00 |
| Claudio Caldeira Paiva | 500,000.00 | - | 500,000.00 |
| Fabiana F Falbo MA | 500,000.00 | - | 500,000.00 |
| Feng Guo | 500,000.00 | - | 500,000.00 |
| Feng Junqiang | 500,000.00 | - | 500,000.00 |
| Jin Hua | 500,000.00 | - | 500,000.00 |
| Jing Tan | 500,000.00 | - | 500,000.00 |
| Jing Wang | 500,000.00 | - | 500,000.00 |
| Li Jing | 500,000.00 | - | 500,000.00 |
| Li Lan | 500,000.00 | - | 500,000.00 |
| Li Ying | 500,000.00 | - | 500,000.00 |
| Luan Tonghui | 500,000.00 | - | 500,000.00 |
| Mingyue Man | 500,000.00 | - | 500,000.00 |
| Reza Siamak Nia | 500,000.00 | - | 500,000.00 |
| Shu Xiang | 500,000.00 | - | 500,000.00 |
| Sun Tingting | 500,000.00 | - | 500,000.00 |
| Tan Ying | 500,000.00 | - | 500,000.00 |
| Tang Cheok Fai | 500,000.00 | - | 500,000.00 |
| Wang Xiao Nan | 500,000.00 | - | 500,000.00 |
| Xiong Tao | 500,000.00 | - | 500,000.00 |
| YAN ZHANG | 500,000.00 | - | 500,000.00 |
| Yue Neng International Company Limited | 500,000.00 | - | 500,000.00 |
| Zhang Li | 500,000.00 | - | 500,000.00 |
| Ali Adam Peyra | 499,980.00 | - | 499,980.00 |
| Lu Quanjia | 499,980.00 | - | 499,980.00 |
| Altawoos Intl Exchange | 499,975.00 | - | 499,975.00 |
| Optimum Gulf Trading | 499,968.00 | - | 499,968.00 |
| Halil Erseven | 499,920.00 | - | 499,920.00 |

| In re: 160 Royal Palm, LLC - Debtor | | | |
| --- | --- | --- | --- |
| Case No.: 18-19441-EPK | | | |
| | | | |
| South Atlantic Regional Center LLC | | | |
| Summary of Deposits and Payments for PNC Bank accounts ending x8469 and x7626 | | | |
| For the Period of August 2, 2012 through March 31, 2017 | | | |
| | | | |
| *(Sorted by (Payments) During 6 Year Period)* | | | |
| | | | |
| | | 6 Year Period | |
| **Payor / (Payee)** | **Deposits During 6 Year Period** | **(Payments) During 6 Year Period** | **Net Amount During 6 Year Period** |
| | | | |
| Yi Chuanhong | 453,373.00 | - | 453,373.00 |
| Liang Zhiying | 450,025.00 | - | 450,025.00 |
| Shenkan Limited | 349,975.00 | - | 349,975.00 |
| Tian Minyang | 295,038.00 | - | 295,038.00 |
| Minyang Tian | 250,000.00 | - | 250,000.00 |
| Li Zhoulang | 199,975.00 | - | 199,975.00 |
| Waterfold LLP | 199,803.00 | - | 199,803.00 |
| PTL Enterprise Limited | 150,000.00 | - | 150,000.00 |
| CINTEX GENERAL TRADING LLC | 89,968.00 | - | 89,968.00 |
| China Merchants Bank | 74,965.00 | - | 74,965.00 |
| Yuan Wang | 61,600.00 | - | 61,600.00 |
| Lawrence Bartlett | 54,972.00 | - | 54,972.00 |
| Yi Bo | 50,000.00 | - | 50,000.00 |
| Gong Yanwei | 49,998.00 | - | 49,998.00 |
| Chen Jun | 49,988.00 | - | 49,988.00 |
| Chen Shuanghong | 49,988.00 | - | 49,988.00 |
| Chen Yajiao | 49,988.00 | - | 49,988.00 |
| Chen Yifan | 49,988.00 | - | 49,988.00 |
| Cheng Yunmei | 49,988.00 | - | 49,988.00 |
| Dai Bin | 49,988.00 | - | 49,988.00 |
| He Ying Chun | 49,988.00 | - | 49,988.00 |
| Jiang Xiufang | 49,988.00 | - | 49,988.00 |
| Li Xiang | 49,988.00 | - | 49,988.00 |
| Pan Dacheng | 49,988.00 | - | 49,988.00 |
| Wang Xuying | 49,988.00 | - | 49,988.00 |
| Yan Shuangliang | 49,988.00 | - | 49,988.00 |
| Zhang Jie | 49,988.00 | - | 49,988.00 |
| Zhang Yun | 49,988.00 | - | 49,988.00 |
| Chen Jitao | 49,985.00 | - | 49,985.00 |
| Chen Li | 49,985.00 | - | 49,985.00 |
| Fu Huixia | 49,985.00 | - | 49,985.00 |
| Li Xue Mei | 49,985.00 | - | 49,985.00 |
| Qiao Yuelin | 49,985.00 | - | 49,985.00 |
| Shen Ya Hui | 49,985.00 | - | 49,985.00 |
| Tang Wen | 49,985.00 | - | 49,985.00 |
| Xu Ying | 49,985.00 | - | 49,985.00 |
| Ying Xixi | 49,985.00 | - | 49,985.00 |
| Guo Juanfang | 49,983.00 | - | 49,983.00 |
| Huang Peng | 49,980.00 | - | 49,980.00 |
| Lu Zhenjie | 49,980.00 | - | 49,980.00 |
| Pang Xiu Qin | 49,980.00 | - | 49,980.00 |
| Tang Yaqing | 49,980.00 | - | 49,980.00 |
| Yang Ming | 49,980.00 | - | 49,980.00 |
| Nie Zhen | 49,978.00 | - | 49,978.00 |

| In re: 160 Royal Palm, LLC - Debtor | | | |
|---|---|---|---|
| Case No.: 18-19441-EPK | | | |
| | | | |
| South Atlantic Regional Center LLC | | | |
| Summary of Deposits and Payments for PNC Bank accounts ending x8469 and x7626 | | | |
| For the Period of August 2, 2012 through March 31, 2017 | | | |
| | | | |
| *(Sorted by (Payments) During 6 Year Period)* | | | |
| | | | |
| | | 6 Year Period | |
| **Payor / (Payee)** | **Deposits During 6 Year Period** | **(Payments) During 6 Year Period** | **Net Amount During 6 Year Period** |
| Niu Suju | 49,978.00 | - | 49,978.00 |
| Pang Guang Hong | 49,978.00 | - | 49,978.00 |
| Pang Pang | 49,978.00 | - | 49,978.00 |
| Wang Lin | 49,485.00 | - | 49,485.00 |
| Wang Xian | 46,688.00 | - | 46,688.00 |
| Leing Sai Wo | 45,020.00 | - | 45,020.00 |
| Ni Liang | 45,000.00 | - | 45,000.00 |
| Provision Group MMC | 45,000.00 | - | 45,000.00 |
| Hermes Chaves Filho | 40,000.00 | - | 40,000.00 |
| Li Chen | 39,985.00 | - | 39,985.00 |
| USA Investments & Advisors LLC | 35,000.00 | - | 35,000.00 |
| IMG GSVN International Migration | 34,765.00 | - | 34,765.00 |
| Zhang Yanfang | 10,700.00 | - | 10,700.00 |
| XiaoXiong Liu | 10,181.00 | - | 10,181.00 |
| Hongling Zeng | 9,055.00 | - | 9,055.00 |
| Peixuan Wang | 8,915.00 | - | 8,915.00 |
| Tony G. Morrow | 6,750.00 | - | 6,750.00 |
| C-Axis LLC | 5,000.00 | - | 5,000.00 |
| Xue Li | 4,555.00 | - | 4,555.00 |
| IMG International Migration JSC | 4,325.00 | - | 4,325.00 |
| Chen Chen | 4,140.00 | - | 4,140.00 |
| Han Jia Lin | 4,140.00 | - | 4,140.00 |
| Jing Wu | 4,140.00 | - | 4,140.00 |
| Lijuan Fan | 4,140.00 | - | 4,140.00 |
| Thang Q Vu | 4,140.00 | - | 4,140.00 |
| Xia Chang | 4,140.00 | - | 4,140.00 |
| Xiaoyun Chen | 4,140.00 | - | 4,140.00 |
| Zhang Wen | 4,140.00 | - | 4,140.00 |
| Cheng Guogang | 4,128.00 | - | 4,128.00 |
| Wang Peichao | 4,128.00 | - | 4,128.00 |
| Yang Lihua | 4,128.00 | - | 4,128.00 |
| Lucky Brand Nutr | 4,090.00 | - | 4,090.00 |
| Donglin Gu | 4,055.00 | - | 4,055.00 |
| FU YAN ADD.RM ND 36/F BLK 2 FESTIUA | 4,055.00 | - | 4,055.00 |
| Lijinbo | 4,055.00 | - | 4,055.00 |
| Wen Shen | 4,055.00 | - | 4,055.00 |
| Chen Tie Feng | 4,040.00 | - | 4,040.00 |
| Wang Xiu Qing | 4,040.00 | - | 4,040.00 |
| Yong Zheng | 4,005.00 | - | 4,005.00 |
| Ruihong Ju | 3,970.00 | - | 3,970.00 |
| Yuanyaun  Xu | 3,970.00 | - | 3,970.00 |
| Zaisheng Xu | 3,970.00 | - | 3,970.00 |
| Gao Yi | 3,955.00 | - | 3,955.00 |
| Chaoran Luo | 3,885.00 | - | 3,885.00 |

| In re: 160 Royal Palm, LLC - Debtor | | | |
|---|---|---|---|
| Case No.: 18-19441-EPK | | | |
| | | | |
| South Atlantic Regional Center LLC | | | |
| Summary of Deposits and Payments for PNC Bank accounts ending x8469 and x7626 | | | |
| For the Period of August 2, 2012 through March 31, 2017 | | | |
| | | | |
| *(Sorted by (Payments) During 6 Year Period)* | | | |
| | | | |
| | | 6 Year Period | |
| **Payor / (Payee)** | **Deposits During 6 Year Period** | **(Payments) During 6 Year Period** | **Net Amount During 6 Year Period** |
| | | | |
| Xiaozhen Liang | 3,885.00 | - | 3,885.00 |
| Unknown PNC Account x8747 | 2,000.00 | - | 2,000.00 |
| Oriental Dolphins Investments LLC | 1,520.00 | - | 1,520.00 |
| Weng Li International Migration | 1,500.00 | - | 1,500.00 |
| Yang Chaohui | 1,420.00 | - | 1,420.00 |
| Hua Haocheng | 1,418.00 | - | 1,418.00 |
| Interface Management Co. Ltd. | 1,407.00 | - | 1,407.00 |
| Jingwen Hu | 1,215.00 | - | 1,215.00 |
| Jing Zou and Lily Zou | 1,100.00 | - | 1,100.00 |
| Cai Wei Hong | 1,085.00 | - | 1,085.00 |
| IDV/MS XU SONGYAN | 1,085.00 | - | 1,085.00 |
| Liu Feng | 1,073.00 | - | 1,073.00 |
| Cash Deposit | 722.00 | - | 722.00 |
| Saylun CO., Limited | 635.00 | - | 635.00 |
| Yanli Li | 405.00 | - | 405.00 |
| Zhang Liquan | 375.00 | - | 375.00 |
| Qiaozhong Yue | 235.00 | - | 235.00 |
| MAK Commercial | 100.00 | - | 100.00 |
| Jiang Jun | 50.00 | - | 50.00 |
| | | | |
| Grand Total | $ 100,310,665.09 | $ (100,843,425.50) | $ (532,760.41) |
| | | | |
| ***Source(s):*** | | | |
| Bank Statements, Cancelled Checks and Deposit Slips for PNC Bank Account ending x7626 held in the name of South Atlantic Regional Center LLC  - for the period of August 2, 2012 though December 31, 2016 | | | |
| Bank Statements, Cancelled Checks and Deposit Slips for PNC Bank Account ending x8469 held in the name of South Atlantic Regional Center LLC  - for the period of August 2, 2012 though December 31, 2016 | | | |
| Previous Day Summary and Detail Reports for PNC Bank Account ending x7626 held in the name of South Atlantic Regional Center LLC  - for the period of January 2, 2013 through March 31, 2017 | | | |

# EXHIBIT B

| In re: 160 Royal Palm, LLC - Debtor | | | |
|---|---|---|---|
| Case No.: 18-19441-EPK | | | |
| | | | |
| United States Regional Economic Development Authority LLC | | | |
| Summary of Deposits and Payments for PNC Bank account ending x5593 | | | |
| For the Period of January 1, 2013 through March 31, 2017 | | | |
| | | | |
| *(Sorted by (Payments) During the 6 Year Period)* | | | |
| | | | |
| | | **6 Year Period** | |
| **Payor / (Payee)** | **Deposits During 6 Year Period** | **(Payments) During 6 Year Period** | **Net Amount During 6 Year Period** |
| | | $ | |
| Connect Insurance Group Inc. | - | (3,907,869.94) | (3,907,869.94) |
| | | | ) |
| JJW Consultancy Ltd. | 750,800.00 | (3,209,340.00) | (2,458,540.00) |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | ) |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | ) |

| In re: 160 Royal Palm, LLC - Debtor | | | |
|---|---|---|---|
| Case No.: 18-19441-EPK | | | |
| | | | |
| United States Regional Economic Development Authority LLC | | | |
| Summary of Deposits and Payments for PNC Bank account ending x5593 | | | |
| For the Period of January 1, 2013 through March 31, 2017 | | | |
| | | | |
| *(Sorted by (Payments) During the 6 Year Period)* | | | |
| | | | |
| | | | |
| | | **6 Year Period** | |
| **Payor / (Payee)** | **Deposits During 6 Year Period** | **(Payments) During 6 Year Period** | **Net Amount During 6 Year Period** |

Attorney Work Product
Privileged & Confidential

Tentative & Preliminary
Subject to Change

| In re: 160 Royal Palm, LLC - Debtor | | | |
|---|---|---|---|
| Case No.: 18-19441-EPK | | | |
| | | | |
| United States Regional Economic Development Authority LLC | | | |
| Summary of Deposits and Payments for PNC Bank account ending x5593 | | | |
| For the Period of January 1, 2013 through March 31, 2017 | | | |
| | | | |
| *(Sorted by (Payments) During the 6 Year Period)* | | | |
| | | | |
| | | | |
| | | **6 Year Period** | |
| **Payor / (Payee)** | **Deposits During 6 Year Period** | **(Payments) During 6 Year Period** | **Net Amount During 6 Year Period** |
| ▬ | | ▮ | ▬ |
| ▬ | | ▮ | ▬ |
| ▬ | ▬ | ▮ | ▮ |
| ▬ | | ▮ | ▬ |
| ▬ | | ▮ | ▬ |
| ▬ | ▮ | ▮ | ▬ |
| ▬ | | ▮ | ▬ |
| ▬ | | ▮ | ▬ |
| ▬ | | ▮ | ▬ |
| ▬ | ▮ | ▮ | ▬ |
| ▬ | | ▮ | ▬ |
| ▬ | | ▮ | ▬ |
| ▬ | | ▮ | ▬ |
| ▬ | ▬ | ▮ | ▬ |
| ▬ | ▬ | ▮ | ▬ |
| ▬ | | ▮ | ▬ |
| ▬ | | ▮ | ▬ |
| ▬ | | ▮ | ▬ |
| ▬ | | ▮ | ▬ |
| ▬ | | ▮ | ▬ |
| ▬ | | ▮ | ▬ |
| ▬ | | ▮ | ▬ |

Attorney Work Product
Privileged & Confidential

Tentative & Preliminary
Subject to Change

| | In re: 160 Royal Palm, LLC - Debtor | | |
|---|---|---|---|
| | Case No.: 18-19441-EPK | | |
| | | | |
| | United States Regional Economic Development Authority LLC | | |
| | Summary of Deposits and Payments for PNC Bank account ending x5593 | | |
| | For the Period of January 1, 2013 through March 31, 2017 | | |
| | | | |
| | *(Sorted by (Payments) During the 6 Year Period)* | | |
| | | | |
| | | | |
| Payor / (Payee) | Deposits During 6 Year Period | 6 Year Period (Payments) During 6 Year Period | Net Amount During 6 Year Period |

In re: 160 Royal Palm, LLC - Debtor

Case No.: 18-19441-EPK

United States Regional Economic Development Authority LLC

Summary of Deposits and Payments for PNC Bank account ending x5593

For the Period of January 1, 2013 through March 31, 2017

*(Sorted by (Payments) During the 6 Year Period)*

| Payor / (Payee) | Deposits During 6 Year Period | 6 Year Period (Payments) During 6 Year Period | Net Amount During 6 Year Period |
|---|---|---|---|
| ▬▬▬▬ | ▮ | ▬▬ | ▬▬ |
| ▬▬▬▬▬ | | ▬▬ | ▬▬ |
| ▬▬▬▬▬ | | ▬▬ | ▬▬ |
| ▬▬▬ | | ▬▬ | ▬▬ |
| ▬▬▬ | ▮ | ▬▬ | ▬▬ |
| ▬▬▬ | | ▬▬ | ▬▬ |
| ▬▬▬▬ | | ▬▬ | ▬▬ |
| ▬▬ | ▬ | ▬▬ | ▬▬ |
| ▬▬ | ▮ | ▬▬ | ▬▬ |
| ▬ | ▬ | ▬▬ | ▬▬ |
| ▬▬▬▬▬ | | ▬▬ | ▬▬ |
| ▬▬ | | ▬▬ | ▬▬ |
| ▬▬ | | ▬▬ | ▬▬ |
| ▬ | | ▬▬ | ▬▬ |
| ▬▬▬ | | ▬▬ | ▬▬ |
| ▬ | | ▬▬ | ▬▬ |
| ▬ | | ▬▬ | ▬▬ |
| ▬▬ | ▮ | ▬▬ | ▬▬ |
| ▬▬ | | ▬▬ | ▬▬ |
| ▬▬▬ | | ▬▬ | ▬▬ |
| ▬ | ▬ | ▬▬ | ▬ |
| ▬▬ | ▬▬ | ▬▬ | ▬▬ |

| In re: 160 Royal Palm, LLC - Debtor | | | |
|---|---|---|---|
| Case No.: 18-19441-EPK | | | |
| | | | |
| United States Regional Economic Development Authority LLC | | | |
| Summary of Deposits and Payments for PNC Bank account ending x5593 | | | |
| For the Period of January 1, 2013 through March 31, 2017 | | | |
| | | | |
| *(Sorted by (Payments) During the 6 Year Period)* | | | |
| | | | |
| | | | |
| | | **6 Year Period** | |
| **Payor / (Payee)** | **Deposits During 6 Year Period** | **(Payments) During 6 Year Period** | **Net Amount During 6 Year Period** |

Attorney Work Product
Privileged & Confidential

Tentative & Preliminary
Subject to Change

| | | 6 Year Period | |
|---|---|---|---|
| **Payor / (Payee)** | **Deposits During 6 Year Period** | **(Payments) During 6 Year Period** | **Net Amount During 6 Year Period** |

In re: 160 Royal Palm, LLC - Debtor
Case No.: 18-19441-EPK

United States Regional Economic Development Authority LLC
Summary of Deposits and Payments for PNC Bank account ending x5593
For the Period of January 1, 2013 through March 31, 2017

*(Sorted by (Payments) During the 6 Year Period)*

| In re: 160 Royal Palm, LLC - Debtor | | | |
|---|---|---|---|
| Case No.: 18-19441-EPK | | | |
| | | | |
| United States Regional Economic Development Authority LLC | | | |
| Summary of Deposits and Payments for PNC Bank account ending x5593 | | | |
| For the Period of January 1, 2013 through March 31, 2017 | | | |
| | | | |
| *(Sorted by (Payments) During the 6 Year Period)* | | | |
| | | | |
| | | | |
| | | **6 Year Period** | |
| **Payor / (Payee)** | **Deposits During 6 Year Period** | **(Payments) During 6 Year Period** | **Net Amount During 6 Year Period** |

| In re: 160 Royal Palm, LLC - Debtor | | | |
|---|---|---|---|
| Case No.: 18-19441-EPK | | | |
| | | | |
| United States Regional Economic Development Authority LLC | | | |
| Summary of Deposits and Payments for PNC Bank account ending x5593 | | | |
| For the Period of January 1, 2013 through March 31, 2017 | | | |
| | | | |
| *(Sorted by (Payments) During the 6 Year Period)* | | | |
| | | | |
| | | **6 Year Period** | |
| **Payor / (Payee)** | **Deposits During 6 Year Period** | **(Payments) During 6 Year Period** | **Net Amount During 6 Year Period** |
| ▬ | ▬ | ▬ | ▬ |
| ▬ | ▬ | ▬ | ▬ |
| ▬ | ▬ | ▬ | ▬ |
| ▬ | ▬ | ▬ | ▬ |
| ▬ | ▬ | ▬ | ▬ |
| ▬ | ▬ | ▬ | ▬ |
| ▬ | ▬ | ▬ | ▬ |
| ▬ | ▬ | ▬ | ▬ |
| ▬ | ▬ | ▬ | ▬ |
| ▬ | ▬ | ▬ | ▬ |
| **Grand Total** | $    43,715,790.92 | $    (43,716,790.92) | $    (1,000.00) |
| **Source(s):** | | | |
| Bank Statements for PNC bank account ending x5593 held in the name of UDREDA, LLC for the period of January 1, 2013 through February 28, 2017. | | | |
| Previous Day Summary & Detail Reports for account ending x5593 for the period of January 2, 2014 through March 31, 2017. | | | |

Attorney Work Product
Privileged & Confidential

Tentative & Preliminary
Subject to Change